■ In the Matter of NAKELIA T., an Infant. IHESIAH M., Appellant; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [61 NYS3d 494]—

Appeal from order, Family Court, New York County (Jane Pearl, J.), entered on or about June 8, 2016, which, after a hearing, denied the motion of respondent mother for an order declaring that the Administration for Children's Services (ACS) was in violation of the terms of the court's April 19, 2016 order of disposition, unanimously dismissed, without costs, as moot.

Respondent moved for a declaration that ACS exceeded its authority under the original dispositional order. Her appeal from the order denying relief was rendered moot by a subsequent modified order of disposition entered on or about September 1, 2016, removing the child from her care and placing the child with ACS, as well as by an order entered on or about September 15, 2016, discharging the child to the mother and providing for ACS supervision and household monitoring, the very actions which the mother complained of in her motion (*see e.g. Matter of Breeyanna S.*, 52 AD3d 342 [1st Dept 2008], *lv denied* 11 NY3d 711 [2008]). Concur—Manzanet-Daniels, J.P., Mazzarelli, Webber and Oing, JJ.